'10 - CV - 02968

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 7 2010

GREGORY C. LANGHAM
CLERK

Criminal Action No. 05-cr-00295-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN ANGELO PEREZ,

    Defendant.

---

ORDER CONSTRUING DEFENDANT'S MOTION
FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

---

Defendant Steven Angelo Perez currently is detained at the Adams County Detention Facility in Brighton, Colorado. On December 2, 2010, Mr. Perez submitted a pleading titled "Motion for Writ of Habeas Corpus" (doc. 105). I construe the motion liberally because Defendant is a *pro se* litigant, *see Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991); I do not, however, act as Defendant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Defendant's motion will be construed as filed pursuant to 28 U.S.C. § 2241 and the Clerk of the Court will be instructed to open a new action for processing the § 2241 action.

In the motion, Defendant is challenging the execution of his sentence entered on September 3, 2010, in the instant criminal action. Defendant argues that because the sentence in this case was "handed down" before his state court sentence, it should be served before the sentence in his State of Colorado conviction.

The claims Mr. Perez asserts in the motion are more appropriately addressed under 28 U.S.C. § 2241, because he is attacking "the execution of a sentence rather than its validity." *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). The Clerk of the Court, therefore, will be directed to open a separate action and process the Motion as filed pursuant to § 2241. Mr. Perez will be instructed to cure any deficiencies in the § 2241 action. Accordingly, it is

ORDERED that Defendant's Motion for Writ of Habeas Corpus, filed on December 2, 2010, is construed liberally as asserting claims pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court is directed to open a separate action pursuant to 28 U.S.C. § 2241 and to direct Defendant to cure any deficiencies in the § 2241 action. It is

FURTHER ORDERED that the Clerk of the Court shall place a copy of Defendant's Motion for Writ of Habeas Corpus, filed on December 2, 2010, in the newly created, separate action.

DATED: December 6, 2010.                    BY THE COURT:

                                            /s/ John L. Kane
                                            SENIOR U.S. DISTRICT JUDGE

2