IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02968-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.)

STEVEN ANGELO PEREZ,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Applicant, Steven Angelo Perez, currently is detained at the Adams County Detention Facility in Brighton, Colorado. Originally he filed a Motion for Writ of Habeas Corpus in his criminal case, **Perez v. United States**, No. 05-cr-00295-JLK (D. Colo. Apr. 20, 2009). Senior Judge John L. Kane reviewed the Motion, determined that it was more properly filed as a 28 U.S.C. § 2241 action, and directed the Clerk of the Court to open and to process a separate § 2241 action.

As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Mr. Perez will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Perez files in response to this Order must include the civil action number on this Order.

Mr. Perez also is instructed that pursuant to 28 U.S.C. § 2243 an application for writ of habeas corpus is directed to the person who has custody of the detained person. Therefore, Mr. Perez is directed to name the custodian of the facility where he is incarcerated as Respondent in the 28 U.S.C. § 2241 Application.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the Court's current form)
(8)   ___   Names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the Court. Only an original has been received.
(10)   X   Other Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**

(1)   ___   is not submitted
(2)   X   is not on proper form (must use the Court's current form)
(3)   ___   is missing an original signature by the prisoner
(4)   ___   is missing page nos. ___
(5)   ___   Uses et al. instead of listing all parties in caption
(6)   ___   An original and a copy have not been received by the court. Only an original has been received.
(7)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(8)   ___   Names in caption do not match names in text
(9)   ___   Other _____

Accordingly, it is

ORDERED that Mr. Perez cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Perez files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Perez, together with a copy of this Order, two copies of the following Court-approved forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241; and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. It is

FURTHER ORDERED that if Mr. Perez fails to cure the designated deficiencies **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED December 10, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02968-BNB

Steven Angelo Perez
Prisoner No. 2010-3891
Adams County Detention Facility
PO Box 5001 - 150 N. 19th Ave.
Brighton, CO 80601

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action forms** to the above-named individuals on December 10, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk