IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02968-BNB

STEVEN ANGELO PEREZ,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2011

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Originally, Mr. Steven Angelo Perez, acting *pro se*, submitted a Motion for Writ of Habeas Corpus in his criminal case, **Perez v. United States**, No. 05-cr-00295-JLK (D. Colo. Apr. 20, 2009). Senior Judge John L. Kane reviewed the Motion, determined that it was more properly filed as a 28 U.S.C. § 2241 action, and directed the Clerk of the Court to open and process a separate § 2241 action, which the Clerk did on December 7, 2010, in this action. Mr. Perez then was instructed to cure the deficiencies in this action by filing his claims on a Court-approved form used in filing § 2241 actions. Mr. Perez also was instructed either to pay the $5.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

On January 6, 2011, Mr. Perez filed a Letter explaining that he had been transferred to another prison facility and that he needed an extension of time to cure the deficiencies. Mr. Perez also stated that because he had not heard from the Court he had given his wife a second habeas motion to file and instructed her to submit the

motion and a filing fee to the Court. Mr. Perez also asked that the second motion be filed in this action. Nonetheless, on January 7, 2011, when Mr. Perez's wife submitted the motion and the $5.00 to the Court, the Clerk of the Court opened a new action that included the second motion and the $5.00 filing fee. Because Mr. Perez has made a payment in the new action, Case No. 11-cv-00046-BNB, the Clerk of the Court will be instructed to dismiss this action without prejudice, and Mr. Perez will be instructed to cure the deficiencies in the new action. Accordingly, it is

ORDERED that the case is dismissed without prejudice and the Clerk of the Court is instructed to close the action.

DATED at Denver, Colorado, this 18th day of January, 2011.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02968-BNB

Steven Angelo Perez
Prisoner No. 89256
PO Box 392004
10900 Smith Rd
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 18, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk